**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARO E. CALDERON, | ) NO. CV 19-8438-PA(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| EUGENE KINSEY, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 26, 2020.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE